UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| RICHARD N. BELL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 18-002-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| STARTUP PRODUCTION, LLC, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Plaintiff Richard Bell and Defendant Startup Production, LLC, have tendered a proposed agreed order of dismissal. [Record No. 58] Being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The plaintiff's claims against Defendant Startup Production, LLC [Record No. 58] are **DISMISSED**, with prejudice.

2. The moving parties shall bear their own costs, expenses, and fees.

3. The plaintiff's remaining claims against Defendant Upscale Furniture, LLC, are unaffected by this Order.

Dated: February 28, 2019.

Signed By:
*Danny C. Reeves*
United States District Judge