UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| RICHARD N. BELL, | ) | |
| Plaintiff, | ) | Civil Action No. 5: 18-002-DCR |
| V. | ) | |
| STARTUP PRODUCTION, LLC, et al., | ) | **ORDER** |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff Richard N. Bell and Defendant Upscale Furniture, LLC, have tendered a proposed agreed order of dismissal. [Record No. 60] Being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The parties' proposed agreed order of dismissal, docketed as a motion [Record No. 60], is **GRANTED**.

2. Plaintiff's claims against Defendant Upscale Furniture, LLC, are **DISMISSED**, with prejudice.

3. The moving parties shall bear their respective costs, expenses, and fees.

4. This matter is **DISMISSED** and **STRICKEN** from the docket.

-2-

Dated: March 8, 2019.



Signed By:
*Danny C. Reeves*
United States District Judge